CO-290
Rev. 3/88

Notice of Appeal Criminal

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. _P—0571336_
)
MAX OBUSZEWSKI ET AL, )

### NOTICE OF APPEAL

Name and address of appellant:

ANDREW L. SIMON

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_21 DEC 05_
DATE

_____
APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?        YES ☐    NO ☐
Has counsel ordered transcripts?              YES ☐    NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐    NO ☐

RECEIVED

DEC 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


pd
Fee
$32.00